# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

**CRISTIAN MANCILLAS VASQUEZ**          **CASE NO.  1:26-CV-00290 SEC P**
**#A215-648-248**

**VERSUS**                              **JUDGE JAMES D. CAIN, JR.**

**WARDEN WINN CORRECTIONAL CENTER**   **MAGISTRATE JUDGE HORNSBY**
**ET AL**

### MEMORANDUM ORDER

On February 2, 2026, a petition for writ of habeas corpus was filed by the plaintiff.  On February 3, 2026, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to resubmit the petition on an approved form.  Plaintiff has failed to take the required action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the petition for writ of habeas corpus submitted by the plaintiff on February 2, 2026, be, and hereby is, stricken from the record.

THUS DONE in Chambers on this _____29th_____ day of _____April_____, 2026.

_____
Mark L. Hornsby
United States Magistrate Judge